DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD R. SPADARO,** Limited Guardian for Anthony Caravella,
Appellant,

v.

**GEORGE PIERSON, WILLIAM MANTESTA,** and
**WEISS SEROTA HELFMAN COLE & BIERMAN, PL,**
Appellees.

No. 4D18-3608

[October 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti Englander Henning, Judge; L.T. Case No. CACE 16-011927(26).

Barbara A. Heyer of Heyer & Associates, P.A., Fort Lauderdale, for appellant.

Stephanie L. Serafin and Jane Kreusler-Walsh of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, and Charles A. Morehead III of Abramowitz, Pomerantz & Morehead, P.A., Sunrise, for appellees George Pierson and William Mantesta.

Dena B. Sacharow, D. David Keller, and Elizabeth A. Izquierdo of Keller Landsberg PA, Fort Lauderdale, for appellee Weiss Serota Helfman Cole & Bierman, PL.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***